# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| FELICIA WHITE MEYERS and KELLY FOSEN § § § **Plaintiffs,** § § VS. § **Case No. 4:12cv246** § RAUSCH, STURM, ISRAEL, ENERSON § & HORNIK, LLC and CITIBANK, N.A. § § **Defendants.** § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 4, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants Rausch, Sturm, Israel, Enerson & Hornik, LLC ("Rausch") and Citibank, N.A.'s ("Citi") Motion for Summary Judgment (Dkt. 37) be GRANTED in its entirety and that judgment be entered for Defendants that Plaintiffs take nothing by their claims here.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendants Rausch, Sturm, Israel, Enerson & Hornik, LLC ("Rausch") and

Citibank, N.A.'s ("Citi") Motion for Summary Judgment (Dkt. 37) is GRANTED in its entirety and Plaintiffs shall take nothing by their claims here.

**IT IS SO ORDERED.**

**SIGNED this the 27th day of March, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE